## Roesing v. 1622 Chestnut Street Associates, Appellant.

Argued November 30, 1966. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

re-argument refused August 15, 1967.

*F. Emmett Fitzpatrick, Jr.*, with him *Leonard L. Creskoff* and *David L. Creskoff*, for appellant.

*Richard M. Rosenbleeth*, with him *Blank, Rudenko, Klaus & Rome*, for appellee.

OPINION PER CURIAM, June 29, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.